| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
| | United States Attorney |
| 2 | |
| | MIRANDA KANE (CABN 150630) |
| 3 | Chief, Criminal Division |
| 4 | JOHN N. GLANG (GUAMBN 94012) |
| | Assistant United States Attorney |
| 5 | |
| | 150 Almaden Boulevard, Suite 900 |
| 6 | San Jose, California 95113 |
| | Telephone: (408) 535-5084 |
| 7 | Fax: (408) 535-5066 |
| | E-mail: John.Glang@usdoj.gov |
| 8 | |
| | Attorneys for Plaintiff |

**FILED**
SEP 22 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-00209-JF |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING DATE |
| SERGIO RUEDAS-LOPEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, September 22, 2011 at 9:00 a.m., be continued and rescheduled for Thursday, November 17, 2011 at 9:00 a.m.

It is so stipulated.

Dated: 9/19/2011

/s/
JOHN N. GLANG
Assistant United States Attorney

It is so stipulated:

Dated: 9/19/2011

/s/
ALLEN H. SCHWARTZ
Attorney for Sergio Ruedas-Lopez

ORDER

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be continued from Thursday, September 22, 2011 at 9:00 a.m. and rescheduled for Thursday, November 17, 2011 at 9:00 a.m.

It is so ORDERED:

Dated: 9-22-11

JEREMY FOGEL
United States District Judge