Allen H. Schwartz, SBN 108126
Attorney at Law
111 W. St. John Street, Suite 555
San Jose, CA 95113
Tel: (408) 298-9494
Fax: (408) 298-4551

Attorney for Defendant: SERGIO RUEDAS-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO RUEDAS-LOPEZ, et al.,<br><br>Defendants. | Case No. CR 10-00209 EJD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO SELF-SURRENDER. |

Defendant, Sergio Ruedas-Lopez, has been ordered by this court to surrender himself to the U.S. Marshall to begin his sentence on January 6, 2012. He has been informed, through his attorney, that a prison facility has not yet been designated by the Bureau of Prisons. Hence, Mr. Ruedas respectfully requests a court order allowing him an extension of time to self-surrender to February 6, 2012. The prosecutor, John Glang, and the pre-trial officer, Jaime Carranza, have been notified and have no objection.

Dated: January 5, 2012                    Respectfully submitted,

                                          /s/

                                          _____
                                          ALLEN H. SCHWARTZ
                                          Attorney for Defendant

| | |
|---|---|
| Dated: January 5, 2012 | /s/ |
| | _____ |
| | JOHN N. GLANG |
| | Assistant U.S. Attorney |

## ORDER

Based upon the representation of counsel and the facts set forth, and good cause appearing, IT IS HEREBY ORDERED that the defendant, Sergio Ruedas-Lopez, is granted leave to February 6, 2012, to surrender himself to the U.S. Marshal.

Dated: January 6, 2012

_____
HON. EDWARD J. DAVILA
United States District Judge